UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
**CLERK'S OFFICE**

**SEP 2 8 2011**

**U.S. DISTRICT COURT**
**EASTERN MICHIGAN**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-7 DESMOND REGINALD RODGERS,
a/k/a "Desmond Rogers," a/k/a "Butter," a/k/a "Butta,"

        Defendant.

CRIMINAL NO. 11-20481

HONORABLE ARTHUR J. TARNOW

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT

    I, Desmond Reginald Rodgers, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: 5 years imprisonment and a $250,000 fine
Count Two: 20 years imprisonment and a $250,000 fine
Count Three: 7 years imprisonment mandatory consecutive and a $250,000 fine
Count Four: 20 years imprisonment and a $250,000 fine
Count Five: 25 years imprisonment mandatory consecutive and a $250,000 fine

DESMOND REGINALD RODGERS
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

, Attorney for Defendant

Dated: 9/29/11